IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:14-CV-149-D

| | | |
|---|---|---|
| JAMEL O. FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's motion to dismiss plaintiff's original complaint [D.E. 8] is DISMISSED as moot. Defendant's motion to dismiss plaintiff's amended complaint for failure to state a claim upon which relief can be granted and for lack of subject-matter jurisdiction [D.E. 14] is DENIED. Whether plaintiff will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 10 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge