UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JAMEL O. FRAZIER, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
V. ) **CASE NO. 4:14-cv-149-D**
)
NORTH CAROLINA DEPARTMENT )
OF TRANSPORTATION, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendant's motion for summary judgment [D.E. 23]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on September 26, 2016, and Copies To:**

Mary-Ann Leon                                            (via CM/ECF Notice of Electronic Filing)

Thomas Henry Moore                               (via CM/ECF Notice of Electronic Filing)

DATE:                                JULIE RICHARDS JOHNSTON, CLERK

September 26, 2016                  (By) /s/ Nicole Briggeman
                                                   Deputy Clerk